UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| FREDERICK BANKS, ) | CASE NO. 4:13 CV 335 |
| ) | |
| Petitioner, ) | JUDGE DAN AARON POLSTER |
| ) | |
| v. ) | |
| ) | MEMORANDUM OF OPINION |
| MICHAEL PUGH, et al., ) | AND ORDER |
| ) | |
| Respondents. ) | |

On February 14, 2013, petitioner *pro se* Frederick Banks, a federal prisoner at the Northeast Ohio Correctional Center ("NEOCC"), filed the above-captioned *in forma pauperis* habeas corpus action under 28 U.S.C. § 2241.  As grounds for the petition, he asserts that because he is Native American his incarceration violates the  Northwest Ordinance and 8 U.S.C. § 1401(b).  Further, he complains that he has been subjected adverse conditions of confinement in NEOCC'S Special Housing Unit.

As a threshold matter, there is no colorable basis for petitioner's claim that, as a Native American, he may not be confined in a federal prison.  Moreover, to the extent he seeks to challenge the conditions of his confinement, habeas corpus is not the appropriate vehicle to do so.  *Preiser v. Rodriguez*, 411 U.S. 475, 498-99 (1973); *Luedtke v. Berkebile*, 704. F.3d 465 (6th Cir. 2013).  To

seek relief concerning those conditions, he would need to file a civil rights action.[1]

Accordingly, the request to proceed *in forma pauperis* is granted, and this action is dismissed pursuant to 28 U.S.C. § 2243. The court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith.

IT IS SO ORDERED.

*/s/Dan Aaron Polster 8/7/13*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

---

[1] To file a civil rights action, petitioner would have to file a complaint in a new case and either pay the $350 filing fee or file a prisoner account statement with sufficient sufficient financial information for the court to assess and collect the filing fee. 28 U.S.C. § 1915(b)(1).