UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| FREDERICK BANKS, | ) | CASE NO. 4:13 CV 335 |
| Petitioner, | ) ) | JUDGE DAN AARON POLSTER |
| v. | ) ) | JUDGMENT ENTRY |
| MICHAEL PUGH, et al., | ) ) | |
| Respondents. | ) | |

This Court having contemporaneously filed its Memorandum of Opinion in this case, it is therefore ORDERED that this action is dismissed pursuant to 28 U.S.C. § 2243. Further, the Court CERTIFIES pursuant to 28 U.S.C. §1915(a)(3) that an appeal from this decision could not be taken in good faith.

                                                                                                                                               */s/Dan Aaron Polster 8/7/13*
                                                                                                                                               DAN AARON POLSTER
                                                                                                                                               UNITED STATES DISTRICT JUDGE